IDA SIEGELBAUM, Appellant, *v.* VICTOR J. DOWLING et al., as Receivers of INTERBOROUGH RAPID TRANSIT COMPANY, Respondents.

Submitted March 1, 1939; decided April 4, 1939.

*Samuel L. Sargent, Milton Wexler* and *Henry H. Sternberg* for appellant.

*James Hess* and *James L. Quackenbush* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.